UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VIDEO INSIGHT, INC., ) | |
| ) | |
| Plaintiff, ) | Case No: 1:14-CV-24683-JEM |
| ) | |
| v. ) | |
| ) | |
| HAWK TECHNOLOGY SYSTEMS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, VIDEO INSIGHT, INC., and Defendant, HAWK TECHNOLOGY SYSTEMS, LLC, (together, the "Parties"), have agreed in principle to settle this matter. The parties accordingly request an extension of pending deadlines to allow them to prepare and execute a formal settlement agreement up to and including February 5, 2015.

Dated: January 5, 2015

           Respectfully submitted,

           /s/Angela Lipscomb
           Angela M. Lipscomb, Esq.
           Email: alipscomb@lebfirm.com
           Florida Bar: 31111
           **Lipscomb, Eisenberg & Baker, PL**
           2 South Biscayne Boulevard
           Penthouse 3800
           Miami, FL 33131
           Telephone: (783) 431-2228
           Facsimile: (786) 431-2229
           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2015, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

Johanna O. Rousseaux
Email: jorousseaux@jonesday.com
Jones Day
Brickell World Plaza
600 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
Attorney for Plaintiff
Served via CM/ECF