UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-24683-CIV-MARTINEZ-GOODMAN

VIDEO INSIGHT INC.,

    Plaintiff,

vs.

HAWK TECHNOLOGY SYSTEMS, LLC,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 9]. It is:

**ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of February, 2015.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record